**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Maximino MORA–VASQUEZ,
Defendant—Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**Ubaldo Mora–Vasquez, Defendant—
Appellant.**

Nos. 01–30391, 01–30406.

D.C. Nos. CR–01–00159–001–BJR,
CR–01–00159–R–02.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Maximino and Ubaldo Mora–Vasquez appeal their 60–month sentences imposed following their guilty plea convictions for conspiracy to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), & 846. The Appellants' contention that the mandatory minimum imprisonment provisions of section 841(b) are facially unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by our decision in *United States v. Hitchcock,* 286 F.3d 1064, 1072–73 (9th Cir.2002), *as amended,* 298 F.3d 1021, 1021 (2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.